# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**OCTAVIA CLARK**                                                      **PLAINTIFF**

v.                                    **No. 4:25-cv-609-DPM**

**DOUBLEBEE'S EXXON;  DOUBLEBEE'S;
BHT INVETSMENT COMPANY, INC.,
d/b/a Doublebee's;  ED LIGHT;  and
ELANA DAVIS**                                                        **DEFENDANTS**

## ORDER

Doublebee's motion to dismiss Clark's Fair Labor Standards Act retaliation claim, *Doc. 22*, is denied.  The Court held — and again holds — that Clark's allegations in *Doc. 18 at 15–16* state a plausible claim of adverse employment consequences for complaining about wage-related matters.  First, it's not clear that the email Doublebee's has attached to its motion is *the* email Clark stands on.  Second, this fact-bound issue is best addressed on summary judgment.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_3 April 2026_