IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

OCTAVIA CLARK                                                    PLAINTIFF

v.                                    No. 4:25-cv-609-DPM

DOUBLEBEE'S EXXON;  DOUBLEBEE'S;
B-H-T INVESTMENT COMPANY, INC.,
d/b/a Doublebee's;  ED LIGHT;  and
ELANA DAVIS                                                    DEFENDANTS

## ORDER

The Court must clean up the docket.  It forgot to address Clark's Fair Labor Standards Act claims against her managers, Ed Light and Elana Davis.  She alleges both of them were involved in Doublebee's FLSA violations and her retaliatory firing.

1.     Clark's individual-capacity FLSA retaliatory-termination claim goes forward as to Light.  Her claims against Davis fail. Clark alleges that Light was directly involved her termination—he was the one who fired her.  *Doc. 18 at 15–16; Hill v. Walker*, 737 F.3d 1209, 1216 (8th Cir. 2013).  She doesn't, however, make any specific claims that Davis was directly responsible for the FLSA violations or her firing. *Hill*, 737 F.3d at 1216.

2.     Because Clark is *pro se*, the Court must serve process. 28 U.S.C. § 1915(d).  But it's Clark's responsibility to provide a service

address.  The Court doesn't see that she provided one for Light. Clark must provide good service information for Light by 22 June 2026. If she doesn't, the Court will dismiss him as a defendant.

3.  The Court can, and does, notice public records. *Stutzka v. McCarville*, 420 F.3d 757, 759 n.2 (8th Cir. 2005).  Doublebee's Exxon and Doublebee's are duplicate parties.  They're names under which B-H-T Investment Company does business.  "B-H-T," https://sos-corp-search.ark.org/corps/results (last visited 21 May 2026).

\*

The Court terminates Elana Davis, Doublebee's Exxon, and Doublebee's as defendants.  Light's service information due by 22 June 2026.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

21 May 2026

-2-