## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

OCTAVIA CLARK                                                              PLAINTIFF

v.                                    No. 4:25-cv-609-DPM

B-H-T INVESTMENT COMPANY, INC.,
d/b/a Doublebee's and ED LIGHT                        DEFENDANTS

### ORDER

The Court gave Clark until 22 June 2026 to provide an updated address for Light. *Doc. 30 at 2.* She did not; and the time to do so has passed. Light is therefore terminated as a defendant. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2026