**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**OCTAVIA CLARK** **PLAINTIFF**

**v.** **No. 4:25-cv-609-DPM**

**DOUBLEBEE'S EXXON; DOUBLEBEE'S;**
**B-H-T INVESTMENT COMPANY, INC.,**
**d/b/a Doublebee's; ED LIGHT; and**
**ELANA DAVIS** **DEFENDANTS**

# JUDGMENT

Clark's complaint is dismissed without prejudice.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

4 September 2026